**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6060**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

STEVEN J. KEY,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Elizabeth V. Hallanan, Senior District Judge. (CR-95-195, CA-00-102-5)

---

Submitted: April 12, 2001          Decided: April 18, 2001

---

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Steven J. Key, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven J. Key seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Key, Nos. CR-95-195; CA-00-102-5 (S.D.W. Va. Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2